Alvin MARSHALL, Petitioner-
Appellant,

v.

SUPREME COURT OF VIRGINIA;
United States District Court for
Eastern District of Virginia; Com-
monwealth of Virginia, Prosecutor;
Warden Earl Barksdale, Respon-
dents-Appellees.

No. 16-6376

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2016

Decided: August 2, 2016

Alvin Marshall, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Alvin Marshall seeks to appeal the dis-
trict court's order denying his Fed. R. Civ.
P. 60(b) motion for reconsideration of the
district court's order denying relief on his
28 U.S.C. § 2254 (2012) petition. The order
is not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1)(A) (2012); Reid v.

Angelone, 369 F.3d 363, 369 (4th Cir.
2004). A certificate of appealability will not
issue absent "a substantial showing of the
denial of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2012). When the district court
denies relief on the merits, a prisoner sat-
isfies this standard by demonstrating that
reasonable jurists would find that the dis-
trict court's assessment of the constitution-
al claims is debatable or wrong. Slack v.
McDaniel, 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); see Miller-
El v. Cockrell, 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. Slack, 529 U.S. at 484–85, 120
S.Ct. 1595.

We have independently reviewed the
record and conclude that Marshall has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

DISMISSED